# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.  Case Number 13-9179

TIMOTHY LE

Defendant.

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, TIMOTHY LE, was represented by Joseph R. Rubino, Esq.

The defendant pled guilty to Conspiracy to Introduce Contraband (Cell Phones) on September 19, 2013. Accordingly, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense | Violation Number(s) |
|---|---|---|---|
| 18 USC 371 | Conspiracy to Introduce Contraband (Cell Phones) | May 26, 2013 | 3482957 |

As pronounced on September 19, 2013, the defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the 30th day of September, 2013.

CERTIFIED TO BE A TRUE COPY

_____  
ANTHONY R. MAUTONE  
United States Magistrate Judge

_____  
ANTHONY R. MAUTONE  
United States Magistrate Judge

08640

Defendant: TIMOTHY LE
Case Number: 13-9179

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of 60 days consecutive to current sentence the defendant is serving at Federal Correctional Institution, Fort Dix, New Jersey.

## RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ To _____
At _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal